COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Ex parte Adrian Barnes

Appellate case number:     01-19-00644-CR

Trial court case number:    1494270A

Trial court:                         209th District Court of Harris County

We abated this appeal and remanded the case to the trial court for appellant to obtain a signed order on his application for a writ of habeas corpus and for the trial court to enter findings of fact and conclusions of law.  The trial court clerk has filed a supplemental clerk's record containing the trial court's order denying appellant's application for a writ of habeas corpus and the trial court's findings of fact and conclusions of law.  Accordingly, we **reinstate** the case on the Court's active docket.

**Appellant's brief will be due within 30 days of the date of this order**.  *See* TEX. R. APP. P. 31.1(a), 38.6(a).  Appellee's brief will be due within 20 days of the date the appellant's brief is filed.  *See id.*

It is so ORDERED.


Judge's signature:  _____/s/ Julie Countiss____
                            ☑ Acting individually     ☐ Acting for the Court


Date:  _September 12, 2019_____